IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARTIN ELDEN MILLER,

      Plaintiff,

v.                                                          CIV 12-0433 JB/WPL

JOE GARCIA,
ATTORNEY GENERAL OF
THE STATE OF NEW MEXICO,

      Defendants.

## FINAL JUDGMENT

Pursuant to rule 58 of the Federal Rules of Civil Procedure and in accordance with the order entered on this date, the Court dismisses this case with prejudice.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE

*Parties and Counsel*

Martin Elden Miller
Edgewood, New Mexico

      *Plaintiff Pro se*

Margaret E. McLean
Santa Fe, New Mexico

Martha A. Kelly
Albuquerque, New Mexico

      *Attorneys for Defendants Joe Garcia and the Attorney General of the State of New Mexico*